# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISON

| | |
|---|---|
| HEATHER THETFORD, | **Case No.:** 5:26-cv-01331 |
| Plaintiff, | Honorable Orlando L.Garcia |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Heather Thetford ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant Equifax Information Services, LLC, with prejudice.

RESPECTFULLY SUBMITTED on May 25, 2026

*/s/ McKenzie Czabaj*
McKenzie Czabaj, AZ #036711
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way, Scottsdale, AZ 85258
T: (480) 626-2376
F: (480) 613-7733
E: mczabaj@consumerjustice.com

*Attorneys for Plaintiff*
*Heather Thetford*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ McKenzie Czabaj*